UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER ROYCE KEARNEY,

    Plaintiff,

v.                                                                   Case No. 3:20cv5914-LC-HTC

PINELLAS COUNTY SHERIFF'S
OFFICE, et al.,

    Defendants.

_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on November 2, 2020 (ECF No. 4). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.

2. The clerk of court is DIRECTED to TRANSFER this case to the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** this 7th day of December, 2020.

                          *s/L.A. Collier*
                          **LACEY A. COLLIER**
                          **SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv5914-LC-HTC